**David HARRELL, Petitioner–Appellant,**

v.

**D.R. STEPHENS, Respondent–Appellee.**

**No. 12–6940.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Oct. 2, 2012.

David Harrell, Appellant Pro Se. Jennifer Dee Dannels, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Harrell, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2012) petition and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Harrell v. Stephens,* No. 5:10–hc–02259–FL, 2012 WL 688341 (E.D.N.C. Mar. 2, 2012; May 16, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*